# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BOBBIE JOE MARTIN,**

       **Plaintiff,**

**v.**                                     **CIVIL ACTION NO. 06-CV-589 DRH**

**UNUM LIFE INSURANCE COMPANY
OF AMERICA and UNUMPROVIDENT
CORPORATION,**

       **Defendants.**

## JUDGMENT IN A CIVIL CASE

       **DECISION BY COURT.** This action came to hearing before the Court on Defendants' Motion for Summary Judgment.

       **IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED.** Judgment is entered in favor of Defendants **UNUM LIFE INSURANCE COMPANY OF AMERICA** and **UNUMPROVIDENT CORPORATION** and against Plaintiff **BOBBIE JOE MARTIN.**--------


                                     **NORBERT G. JAWORSKI, CLERK**

April 2, 2008                             BY:   /s/Patricia Brown
                                            Deputy Clerk

APPROVED: /s/    DavidRHerndon
               **CHIEF JUDGE**
               **U.S. DISTRICT COURT**